UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA PITRE,<br>Plaintiff,<br>v.<br>UPLIFTING RESULTS LABS, INC.,<br>Defendant. | Case No. 26-cv-06926-JSC<br><br>**PRETRIAL ORDER NO. 1: SCHEDULE THROUGH CLASS CERTIFICATION HEARING** |

Following the initial case management conference held on October 7, 2026, the Court ORDERS the following deadlines:

| | |
|---|---|
| Initial Disclosures: | October 9, 2026 |
| Deadline to Move to Amend Pleadings/Add Parties: | December 18, 2026 |
| Motion for Class Certification: | March 26, 2027 |
| Opposition to Class Certification: | April 30, 2027 |
| Reply re Class Certification: | May 21, 2027 |
| Class Certification Hearing: | June 17, 2027 at 10:00 a.m. |

All of Defendant's discovery related to Plaintiff's expert testimony in support of class certification must be completed before the class certification opposition is filed; likewise, all of Plaintiff's discovery related to Defendant's expert testimony in support of its class certification opposition must be completed before the filing of Defendant's class certification reply. The Court will set the rest of the case schedule through trial after class certification is decided.

The Court will hold a further case management conference on December 9, 2026 at 2:00 p.m. via Zoom video. An updated joint case management conference statement is due one week in advance and should address ADR proposals.

United States District Court
Northern District of California

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: October 7, 2026

JACQUELINE SCOTT CORLEY
United States District Judge